UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00128-2FL(2)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER SEALING |
| v. ) | DEFENDANT'S SENTENCING |
| ) | MEMO |
| JASHONDA THOMPSON ) | |

Based on the foregoing Motion, it is hereby ORDERED that Defendant's Sentencing Memo shall be sealed.

Signed this, the 3rd day of April, 2019.

*Louise V. Flanagan*
The Hon. Louise W. Flanagan
U.S. District Court Judge

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has on or about this date served the foregoing Proposed Order Granting Defendant's Motion to Seal Sentencing Memo in the above entitled action, upon all parties to this cause listed below by efiling in PACER for the Eastern District of North Carolina and:

Via Regular Mail to:

> **Mr. Robert J. Dodson**
> Office of the United States Attorney
> 310 New Bern Ave
> Federal Building, Suite 800
> Raleigh, NC 27601-1461
> *Assistant United States Attorney,*
> *Eastern District of North Carolina*

This the 3rd day of April, 2019.

**WILSON, REIVES & SILVERMAN, PLLC**

By: /s/ Robert Reives II
Robert T. Reives, II SB# 22455
1502 Woodland Avenue
Sanford, NC 27330
Telephone: (919) 775-5653
Facsimile: (919) 774-7811
Email: rreives@wilsonreiveslaw.com
*Counsel for Defendant Thompson*