UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00128-2FL(2)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER MODIFYING THE** |
| vs. | ) | **DATE JASHONDA THOMPSON IS TO** |
| | ) | **SURRENDER FOR SERVICE OF** |
| JASHONDA THOMPSON | ) | **SENTENCE** |

Based on the foregoing Motion, for good cause shown and with no objection from the United States Attorney's Office, it is hereby

**ORDERED**

that the date Jashonda Thompson shall surrender for service of sentence shall be no sooner than **June 07th, 2019** at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

Signed this, the 29th day of May, 2019

*[signature]*
The Hon. Louise W. Flanagan
U.S. District Court Judge